USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  03/27/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIA MARETT, on behalf of herself and
all others similarly situated,

               Plaintiff,

       -against-

GILT GROUPE HOLDINGS, INC.,

            Defendant.

No. 17-cv-713 (GH W)

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, as against Defendant, Gilt Groupe Holdings, Inc., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendant:

By: _____
Sean Joseph Kirby, Esq.
Sheppard, Mullin, Richter, & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112
Telephone: (212) 653-8700
Fax: (212) 653-8701
skirby@sheppardmullin.com

Date: _3/22/17_____

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: _3.22.17_____

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).

The Clerk of Court is directed to close this case.

Dated: March 26, 2017
New York, New York

_____
GREGORY H. WOODS
United States District Judge